**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00560-CR
No. 05-14-00561-CR

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81610-2013, 199-81611-2013**

## ORDER

Appellant's October 22, 2014 second motion for extension of the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **October 31, 2014**. If the brief is not timely filed by the extended due date, the Court will abate these cases and order the trial court to conduct a hearing on why the brief has not been filed.

/s/     LANA MYERS
JUSTICE